**ORIGINAL**

**FILED**
JUL 27 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Albert M. Ellis, CSBN 79996
Adam A. Ramirez, CSBN 251064
HAKEEM, ELLIS, MARENGO & RAMIREZ
A Professional Law Corporation
3414 Brookside Road, Suite 100
Stockton, California 95219
Telephone: (209) 474-2800
Facsimile: (209) 474-3654

Attorneys for Defendant
DPG Investments, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>URBAN COMMONS, LLC,<br><br>Debtor.<br><br>―――――――――――――――<br>CAROLYN A. DYE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>DPG INVESTMENTS, LLC,<br><br>Defendant. | Case No.: 2:21-bk-13523 ER<br><br>Chapter: 7<br><br>Adv. No: 2:23-ap-01231-ER<br><br>**Defendant DPG Investment's Answer to Complaint for (1) Avoidance and Recovery of Fraudulent Transfers, (2) Preservation of Fraudulent Transfers, and (3) Disallowance of Claims**<br><br>Status Conf Date: 08/22/23<br>Status Conf Time: 10:00 a.m.<br>Place: Courtroom 1568<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA 90012<br>Judge: Hon. Ernest M. Robles |

FAXED

COMES NOW Defendant, DPG Investments, LLC, in response to the allegations in the Complaint filed June 18, 2023.

**GENERAL DENIAL**

1. This answering defendant admits the allegations in paragraphs 1, 2, 6, 7, and 8 of the plaintiff's complaint.

Hakeem, Ellis,
Marengo & Ramirez
A Professional Corporation
3414 Brookside Rd. Ste 100
Stockton, CA 95219

1

Defendant DPG Investment's Answer to Complaint for (1) Avoidance and Recovery of Fraudulent Transfers, (2) Preservation of Fraudulent Transfers, and (3) Disallowance of Claims

2. This answering defendant denies each and every allegation in paragraphs 12, 13, 14, 16, 19, 21, 22, 24, and 25 of the plaintiff's complaint.

3. As to paragraphs 3, 4, 5, 9, 10, 11, 17, 18, 26, and 27 of the plaintiff's complaint, this answering defendant lacks sufficient knowledge to admit or deny the allegations therein; and solely on that basis, they deny each and every allegation in those paragraphs.

4. Responding to paragraphs 15, 20, and 23, these paragraphs contain no new allegations of fact, but merely reference prior allegations made within the complaint. This answering defendant hereby incorporates by reference each of its answers to the paragraphs referenced within these paragraphs as if set forth in full.

5. This answering defendant consents to the bankruptcy court rendering a final order or judgment in this case.

WHEREFORE, defendant prays that the plaintiff take nothing by way of its complaint, and the court enter judgment:

1. That the plaintiff take nothing by way of its complaint.

2. That this answering defendant have and recover judgment for costs of suit, and;

3. For such other and further relief as the court deems proper.

Dated: July 27, 2023                HAKEEM, ELLIS,
                                    MARENGO & RAMIREZ
                                    A Professional Law Corporation

                                    _____
                                    Albert M. Ellis/Adam A. Ramirez

Hakeem, Ellis,
Marengo & Ramirez
A Professional Corporation
3414 Brookside Rd. Ste 100
Stockton, CA 95219

2

Defendant DPG Investment's Answer to Complaint for (1) Avoidance and Recovery of Fraudulent Transfers, (2) Preservation of Fraudulent Transfers, and (3) Disallowance of Claims

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3414 Brookside Road, Suite 100
Stockton, CA 95219

A true and correct copy of the foregoing document entitled (*specify*): Defendant DPG Investment's Answer to Complaint for (1) Avoidance and Recovery of Fraudulent Transfers, (2) Preservation of Fraudulent Transfers, and (3) Disallowance of Claims

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __07/27/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
  Leonard Pena, Pena & Soma, APC, 402 S. Marengo Ave., Suite B, Pasadena, CA 91101-3113.
  See Attached List of Creditors.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/27/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Ernest M. Robles.
Leonard Pena, lpena@penalaw.com.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/27/2023 | Angelina Letteer | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

```
Label Matrix for local noticing          Constellation Place, LLC              Crestline Hotels & Resorts, LLC
0973-2                                   c/o Michael S. Greger                 3950 University Drive
Case 2:21-bk-13523-ER                    Allen Matkins                         Suite 301
Central District of California           2010 Main Street, Suite 800           Fairfax, VA 22030-2566
Los Angeles                              Irvine, CA 92614-7214
Thu Jul 27 11:09:16 PDT 2023

Crown Point Realty Capital, LLC          Employment Development Dept.          Epic Entertainment Group LLC
117 E Colorado Blvd., Suite 600          Bankruptcy Group MIC 92E              Attn Steve Sheldon
Pasadena, CA 91105-3712                  P.O. Box 826880                       207 East Broadway, #302
                                         Sacramento, CA 94280-0001             Long Beach, CA 90802-8825


FRANCHISE TAX BOARD                      Franchise Tax Board                   Gruppo Italiano Progetti SRL
BANKRUPTCY SECTION MS A340               Bankruptcy Section MS: A-340          c/o Joseph G. Harraka, Jr., Esq.
PO Box 2952                              P.O. Box 2952                         Becker LLC
Sacramento, CA 95812-2952                Sacramento, CA 95812-2952             5020 Campus Drive
                                                                               Newport Beach, CA 92660-2120


InterCommunications Inc.                 (p)OFFICE OF FINANCE  CITY OF LOS ANGELES    Maguire Properties - 777 Tower, LLC
Attn Toni Alexander                      200 N SPRING ST RM 101 CITY HALL      c/o Goodkin Law Group
1375 Dove Street, Suite 200              LOS ANGELES CA 90012-3224             1800 Century Park East
Newport Beach, CA 92660-2406                                                   10th Floor
                                                                               Los Angeles, CA 90067-1513


Murphy O'Brien, Inc., a California corp  Selbert Perkins Design, Inc          Urban Commons LLC
c/o Spiwak & Iezza, LLP                  Attn Robert Perkins                   10250 Constellation Blvd
555 Marin Street, Suite 140              432 Culver Blvd                       Suite 1750
Thousand Oaks, CA 91360-4103             Playa Del Rey, CA 90293-7706          Los Angeles, CA 90067-6257


Los Angeles Division                     1750 Daimler Trust LSR                ADG Consulting, Inc.
255 East Temple Street,                  c/o Linebarger Goggan Blair & Samps   c/o Sarachek Law Firm
Los Angeles, CA 90012-3332               PO Box 659443                         670 White Plains Road, Fl. PH
                                         San Antonio, TX 78265-9443            Scarsdale, NY 10583-5025


AEI Consultants                          Adam C. Rogoff                        Adam Soibelman
2500 Camino Diablo                       KRAMER LEVIN NAFTALIS & FRANKEL       R2 Law Group, LLC
Walnut Creek, CA 94597-3998              1177 Avenue of the Americas           23901 Calabasas Road
                                         New York, NY 10036-2714               Suite 2006
                                                                               Calabasas, CA 91302-1592


Adams and Reese LLP                      Adams and Reese LLP                   Aetna Life Insurance Company
Dept. 5208                               c/o Robin B. Cheatham                 Aaron McCollough
Birmingham, AL 35287-0001                701 Poydras Street, Suite 4500        c/o McGuireWoods LLP
                                         New Orleans, LA 70139-4596            77 West Wacker Drive, Ste. 4100
                                                                               Chicago, IL 60601-1818


Aimbridge Concession, Inc.               Air Supply Incorporated               Alan Tantleff, as Liquidating Trustee
c/o Brownstein Hyatt Farber Schreck      655 E A Street                        G. David Dean, Esquire
2049 Century Park East Suite 3550        Upland, CA 91786-5349                 Cole Schotz P.C.
Los Angeles, CA 90067-3210                                                     500 Delaware Avenue, Suite 1410
                                                                               Wilmington, DE 19801-1496


Allstate Insurance Company               Alternative Collections LLC           American Express
PO Box 4344                              65 Lawrence Bell Dr. Suite 101        PO Box 297879
Carol Stream, IL 60197-4344              Buffalo, NY 14221-7182                Fort Lauderdale, FL 33329-7879
```

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Andy Stone and Jazz Reality, LLC
c/o Kenneth Mather, Esq, Gunster
401 E. Jackson Street, Suite 1500
Tampa, FL 33602-5204

BakerHostetler
Attn: Andrew Grossman
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-5318


Bank of America Business Card
PO Box 15796
Corona Del Mar, CA 92625

Berritto Enterprises LLC
Jade Smith-Williams
BAILEY & GLASSER, LLP
1999 Harrison St., Suite 660
Oakland, CA 94612-3584

Brian Winn
110 E Wilshire Ave., Suite 212
Fullerton, CA 92832-1960


Brookfield Properties Management In
777 South Figueroa Street Suite 375
Los Angeles, CA 90017-5812

Bruce Beretta
c/o Tullius Law Group
Attn: Jennifer R. Tullius
515 S. Flower Street 18th Floor
Los Angeles, CA 90071-2231

C Below Subsurface Imaging
14280 Eulid Ave
Chino, CA 91710-8803


CAB assignee of Quadient Leasing USA
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CAB assignee of Santa Monica Seafood
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925

CAB assignee of Walters Wholesale Electric
4340 Fulton Avenue, Third Fl.
Sherman Oaks, CA 91423-3925


CITY OF LOS ANGELES, OFFICE OF FINANCE
Los Angeles City Attorney's Office
200 N Main Street, Ste 920
Los Angeles CA 90012-4128

COGENCY GLOBAL INC
122E 42ND ST 18TH FL NY NY 10168
New York, NY 10168-0002

CSC
251 Little Falls Drive
Wilmington, DE 19808-1674


Canon Finanancial Servies
14904 Collections Center Drive
Chicago, IL 606

Capital Lending Resources, Inc.
Profit Sharing Plan
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Capital Lending Resources, Inc.
Profit Sharing Trust Dated April 1, 1997
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524


Carl Carlson
c/o Gokal Law Group, Inc.
26080 Towne Centre Drive
Foothill Ranch, CA 92610-3441

Carl Carlson
c/o Gokal Law Group, Inc.
Attn: Alison S. Gokal
26080 Towne Centre Dr.
Foothill Ranch, CA 92610-3441

Century Group International, LLC
222 N. Pacific Coast Highway
El Segundo, CA 90245-5648


Century Group International, LLC
222 N. Pacific Coast Highway
Suite 2150
El Segundo, CA 90245-5631

Cisco, Inc.
1702 Townhurst Dr.
Houston, TX 77043-2811

City of Long Beach
c/o Brutzkus Gubner Rozansky Seror
Attn: Corey Weber
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911


City of Los Angeles
Office of Finance
51108
Los Angeles, CA 90051

Clifford Rosen
GARCIA RAINEY BLANK & BOWERBANK
LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Cogent Communications, Inc.
PO Box 791087
Baltimore, MD 21279-1087


Complete Copy Systems Group
3300 Beverly Blvd.
Los Angeles, CA 90004-6004

Constellation Place LLC
10250 Constellation Blvd. Suite 800
Los Angeles, CA 90067-6274

Constellation Place, LLC
c/o Michael S. Greger
Allen Matkins, et al.
1900 Main Street, Fifth Fl.
Irvine, CA 92614-7317

Craig Quinn, as Trustee of the Craig & Colle
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd.
Los Angeles, CA 90064-2524

Craig and Collen Quinn
Family Trust Dated September 2000
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Creditors Adjustment Bureau
c/o Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oaks, CA 91423-2715

Crestline Hotels & Resorts, LLC
c/o Safarian Choi & Bolstad LLP
Attn: David C. Bolstad
555 S. Flower Street, Suite 650
Los Angeles, CA 90071-2442

DENIS KLAVDIANOS
Glassberg, Pollak & Associates
1000 4th Street, Suite 570
San Rafael, CA 94901-3149

Danny Harris
c/oCarpenter Zuckerman & Rowley LLP
8827 West Olympic Blvd.
Los Angeles, CA 90012

Datasite LLC
The Baker Center
733 S. Marquette Ave., Suite 600
Minneapolis, MN 55402-2357

Deragisch I, LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

EHT US1, Inc.
c/o Paul Hastings LLP
Attn: Nick Bassett
2050 M St., N.W.
Washington, DC 20036-3598

ERJMJ Investments, LP
32 S La Senda Drive
Laguna Beach, CA 92651-6733

Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas
New York, NY 10105-0302

Epic Entertainment Group LLC
207 East Broadway, #302
Long Beach, CA 90802-8825

Epic Entertainment Group LLC
742 South Hill Street Ste. 904
Los Angeles, CA 90014-2745

Ervin Cohen Jessup LLP
9401 Wilshire Blvd 9th Floor
Beverly Hills, CA 90212-2945

Everest Discovery, LLC
c/o Smith Kane Holman, LLC
112 Moores Road, Suite 300
Malvern, PA 19355-1002

Ford Motor Credit Company
Department 194101
PO Box 55000
Detroit, MI 48255-1941

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

GeoSoils, Inc.
5741 Palmer Way Suite D
Carlsbad, CA 92010-7248

George M. Lee and Galaxy Investment
81 N Mentor Ave
Pasadena, CA 91106-1740

George M. Lee and Galaxy Investment Capital
81 N Mentor Ave
Pasadena, CA 91106-1740

Gruppo Italiano Progetti Srl
c/o Becker LLC
354 Eisenhower Parkway, Suite 1500
Livingston, NJ 07039-1023

Harry Kim
520 S. Grand Avenue Ste 1070
Los Angeles, CA 90071-2613

Hill Living Trust Dated July 23, 2018
Elkins Kalt Weintraub Reuben Gartside LL
10345 W. Olympic Blvd
Los Angeles, CA 90064-2524

Holiday Hospitality Franchising, LLC
c/o Alston & Bird LLP
Attn: Leib M. Lerner
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071-1410

Hong You
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Howard Wu
14635 Whitfeld Ave
Pacific Palisades, CA 90272-2645

Huan Lu
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

InterCommunicationsInc
1375 Dove Street Suite 200
Newport Beach, CA 92660-2406

James W Bates
Law Offices of James W. Bates
1055 E. Colorado Blvd. 5th Floor
Pasadena, CA 91106-2327

Jeffrey Golden Esq
Weiland Golden Goodrich LLP
650 Town Center Drive Ste 600
Costa Mesa CA 92626-7121

Jiacheng Hou
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

John Dannelley & Mary A. Dannelley
c/o Bienert Katzman Littrell Willia
Attn: Anthony R. Bisconti
903 Calle Amanecer Suite 350
San Clemente, CA 92673-6253

John Jenkins
c/o Equity Legal Group, P.C.
Attn: Kevin W. Chiang
201 S. Lake Ave. Suite 506
Pasadena, CA 91101-3085

Joseph E. Sarachek
670 White Plains Rd. Fl PH
Scarsdale, NY 10583-5025

Joseph E. Sarachek, Esq.
Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583-5025

Joseph Fan
c/o Wallin & Russell
Attn: Michael Wallin
26000 Towne Centre Drive Suite 130
Foothill Ranch, CA 92610-3444

Juice Capital
c/o Rutan & Tucker LLP
Attn: Heather N. Herd
18575 Jamboree Road 9th Floor
Irvine, CA 92612-2559

Junhao Pan
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Just Jill Inc.
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Kenton Harris
4002 Willalee Ave.
Glendale, CA 91214-3235

LA Construction Heating and Air Con
6430 Variel Ave Suite 102
Woodland Hills, CA 91367-2539

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Lee Opolinsky Living Trust Dated May 31, 199
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

MAGUIRE PROPERTIES . 777 TOWER, LLC
c/o Goodkin Law Group, APC
1800 Avenue of the Stars
Suite 675
Los Angeles, CA 90067-4221

Maguire Properties
P.O. Box 840835
Los Angeles, CA 90084-0900

(p)MARBORG INDUSTRIES
ATTN KATHLEEN BORGATELLO KOEPER
PO BOX 4127
SANTA BARBARA CA 93140-4127

Matax Consulting
1370 Valley Vista Drive Suite 235
Diamond Bar, CA 91765-3954

(p)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY #400
FORT WORTH TX 76177-3300

Michael Chiang and Agnes Chin
c/o Law Offices of Michael Salanick
700 S Flower St Ste 1000
Los Angeles CA 90017-4112

Michael and Christina Poyer Family Trust of
Elkins Kalt Weintraub Reuben Gartisde LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Mirae Asset Securities & Investments (USA),
Rachel Albanese
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Monica Burrell
4562 Iroquois Ave
Lakewood, CA 90713-2712

Nana Gong
Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Otto Rene Pineda
c/o Levin & Nalbandyan
Jacob Nalbandyan
811 Wilshire Blvd. Suite 800
Los Angeles, CA 90017-1854

PACIFIC PREMIER TRUST, a Division of PACIFIC
Glassberg, Pollak & Associates
1000 4th Street
Suite 570
San Rafael, CA 94901-3149

Pacific Premier Trust
c/o Feldman Law
Andrew M. Feldman
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156-7816

Paul Hwee
c/o Burkhalter Kessler Clement &
Attn: Alton Burkhalter
2020 Main Street Suite 600
Irvine, CA 92614-8226

Pikepass
4401 W Memorial Road Suite 130
Oklahoma City, OK 73134-1722

Polina Yatsyna
4240 Fulton Ave Unit 108
STUDIO CITY, CA 91604-1803

Potter Anderson & Corroon LLP
Attn: Christopher M. Samis
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108

Prince Lobel Tye LLP
One International Place Suite 3700
Boston, MA 02110-3218

Provident Trust Group LLC
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

R&R Electric
2803 Carlsbad Street
Redondo Beach, CA 90278-1716

ROBERT HALF MANAGEMENT RESOURCES
ROBERT HALF / RECOVERY DEPT
PO BOX 5024
SAN RAMON CA 94583-5024

Red Bus Charter Company
c/o Ronald Appel
2522 Chambers Rd
Tustin, CA 92780-6962

Regus Management Group LLC
655 North Central Ave 17th Floor
Glendale, CA 91203-1439

Robert B Cowan
c/o Melvin Aranof Mirman
Bubman & Nahmias
21860 Burbank Blvd Ste 360
Woodland Hills CA 91367-7406

Robert B. Cowan
3707 W. Garden Grove Blvd.
Orange, CA 92868-4803

Ronald Chistensen
GARCIA RAINEY BLANK & BOWERBANK LLP
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626-7187

Rossmoyne, Inc.
3500 Ocean View Blvd.
Glendale, CA 91208-1212

Royal Business Bank
Brian T. Harvey, c/o Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Russell Kern
c/o Simon Aron, Esq.
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1582

Sarachek Law Firm
670 White Plains Rd. Fl PH
Scarsdale, NY 10583-5025

Scott Hochstadt
Elkins Kalt Weintraub Reuben Gartside LL
10345 W Olympic Blvd
Los Angeles, CA 90064-2524

Selbert Perkins Design Inc
Attn Robin Perkins
432 Culver Blvd
Playa Del Rey CA 90293-7706

Selbert Perkins Design, Inc.
432 Culver Blvd
Playa del Rey, CA 90293-7706

Sitrick Group, LLC
16255 Ventura Blvd., Suite 300
Encino, CA 91436-2300

State of Delaware
Division of Corporations
PO Box 5509
Binghamton, NY 13902-5509

Synter Resource Group LLC
5935 Rivers Ave Suite 102
Charleston, SC 29406-6071

Taylor Woods
826 Emerald Way
Laguna Beach, CA 92651-1273

Tina Fenelly
c/o John L. Norman
1428 N. Broadway
Santa Ana, CA 92706-3905

Ting Cao
c/o Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119-2002

Transworld Systems Inc
500 Virgina Dr. Suite 514
Fort Washington, PA 19034-2733

U.S. Bank National Association, as Trustee
60 Livingston Ave
EP-MN-WS1D
St. Paul, MN 55107-2292

UPS
2085 Lynnhave Pkwy
Virginia Beach, VA 23456-1497

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Urban Commons 2 West II LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West III LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West IV LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

Urban Commons 2 West LLC
10250 Constellation Blvd Suite 1750
Los Angeles, CA 90067-6257

| | | |
|---|---|---|
| Urban Commons Queensway, LLC<br>Susan E. Kaufman, Esquire<br>919 N. Market Street, Suite 460<br>Wilmington, DE 19801-3014 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Voy Ventures<br>c/o Steven Booska<br>PO Box 2169<br>Oakland, CA 94621-0069 |
| WBC Special Assets LLC<br>c/o Elkins Kalt Weintrabu et.al.<br>Attn: Julie Kimball<br>10345 W. Olympic Blvd.<br>Los Angeles, CA 90064-2524 | WBC Special Assets, LLC<br>Elkins Kalt Weintraub Reuben Gartside, L<br>10345 W. Olympic Blvd<br>Los Angeles, CA 90064-2524 | WBC Special Assets, LLC<br>a Delaware Limited Liability Company<br>as assignee of West Bay Capital, LLC<br>Elkins Kalt Weintraub Reuben Gartside LL<br>10345 W. Olympic Blvd.<br>Los Angeles CA 90064-2524 |
| Weiland Golden Goodrich LLP<br>c/o Jeff Golden<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626-7121 | Weileen Leu<br>c/o Equity Legal Group, P.C.<br>Attn: Kevin W. Chiang<br>201 S. Lake Ave. Suite 506<br>Pasadena, CA 91101-3085 | Weiwen Sun<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 |
| Wells Fargo Small Business Lending<br>MAC N9777-01B<br>PO Box 5511<br>Sioux Falls, SD 57117-5511 | Wenli Tian<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 | West Bay Capital, LLC.<br>c/o FCI Lending Services<br>PO Box 27370<br>Anaheim, CA 92809-0112 |
| Wileen Leu<br>Equity Legal Group, P.C.<br>201 S. Lake Ave.<br>Suite 506<br>Pasadena, CA 91101-3085 | Wimberly Allison Tong & Goo, NA, Inc<br>William J. Roberts<br>300 Spectrum Center Drive, Suite 500<br>Irvine CA 92618-4989 | Wolters Kluwer<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| XPO LOGISTICS FREIGHT INC.<br>%Bankruptcy Dept<br>9151 Boulevard 26<br>North Richland Hills, TX 76180-5605 | XPO LOGISTICS FREIGHT INC.<br>9151 Boulevard 26<br>North Richland Hills, TX 76180-5605 | Xingyu Wu<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 |
| Xuchen Fang<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 | Yan Zhuang<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 | Yana Solomakhina<br>c/o Steven L. Mazza<br>Carpenter, Zuckerman & Rowley LLP<br>8827 West Olympic Blvd.<br>Beverly Hills, CA 90211-3613 |
| Yixuan Chen<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 | Yutong Niu<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 | Zarin & Steinmetx<br>81 Main Street Suite 415<br>White Plains, NY 10601-1719 |
| Ziyuan Li<br>c/o Reid & Wise LLC<br>One Penn Plaza, Suite 2015<br>New York, NY 10119-2002 | Zurich American Insurance<br>c/o Christopher McEvoy, VP<br>600 Red Brook Blvd, 6th FL<br>Owings Mills, MD 21117-5192 | Carl Carlson<br>c/o Gokal Law Group, Inc.<br>Foothill Ranch, CA 92610 |
| Carolyn A Dye (TR)<br>Law Offices of Carolyn Dye<br>15030 Ventura Blvd., Suite 527<br>Sherman Oaks, CA 91403-5470 | Clifford Rosen<br>695 Town Center Drive<br>Costa Mesa, CA 92626-1924 | Leonard Pena<br>PENA & SOMA APC<br>402 South Marengo Ave Ste B<br>Pasadena, CA 91101-3113 |

Miguel A Munoz
Law Offices of Miguel A. Munoz
714 W. Olympic Blvd #450
Los Angeles, CA 90015-1486

Robert Bass
832 Ike Mooney Rd. NE
Silverton, OR 97381-8707

Ronald Christensen
695 Town Center Drive
Suite 700
Costa Mesa, CA 92626-7187

Tina Fenelly
c/o Leibowitz Law Group
4050 Katella Ave. Suite 201
Los Alamitos, CA 90720-3475

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962-2180

LOS ANGELES COUNTY TREASURER AND TAX COLLECT
ATTN: BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

MarBorg Industries
PO Box 4127
Santa Barbara, CA 93140

Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Capital Lending Resources, Inc. Profit Sha

(u)Courtesy NEF

(u)Enterprise Bank & Trust, its successors an

(u)LEA Accountancy LLP

(u)Mirae Asset Securities & Investments (USA)

(u)WBC Special Assets, LLC

(u)Clifford A. Rosen c/o Norma V. Garcia 695

(u)Creditors Adjustment Bureau
c/o Law Offices of Kenneth J. Freed
14226 Ventura Blvd.
Sherman Oak

(d)Epic Entertainment Group, LLC
207 East Broadway #302
Long Beach, CA 90802-8825

(d)FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

(d)InterCommunicationsInc
1375 Dove Street, Suite 200
Newport Beach, CA 92660-2406

(u)John M. and Mary A. Dannelley

(u)John M. and Mary A. Dannelley, trustees of

(u)Li Mei Chen c/o Norma V. Garcia 695 Town C

(u)Murphy O'Brien, Inc., a California corp

(d)Polina Yatsyna
4240 Fulton Ave Unit 108
Studio City, CA 91604-1803

(d)ROBERT HALF MANAGEMENT RESOURCES
ROBERT HALF / RECOVERY DEPT
PO BOX 5024
San Ramon, CA 94583-5024

(u)Ronald A. Christensen, MD c/o Norma V. Gar

(d)Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, NY 10583-5025

(d)Selbert Perkins Design, Inc.
432 Culver Blvd.
Playa Del Rey, CA 90293-7706

(d)Urban Commons LLC
10250 Constellation Blvd
Suite 1750
Los Angeles, CA 90067-6257

(u)Agnes Shene Hwa Chin

(u)Bruce Beretta

(u)John Michael Dannelley

(u)Mary A. Dannelley

(u)Michael Chiang
, CA

(u)Neufeld Marks

(u)Robert B. Cowan

End of Label Matrix
Mailable recipients   183
Bypassed recipients    28
Total                 211